UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COURTNEY CHARISSE GREEN,

    Plaintiff,

v.                                   Case No. 8:20-cv-796-AEP

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on Plaintiff's Unopposed Petition for Award of Attorney Fees under the Equal Access to Justice Act (Doc. 27). By the motion, Plaintiff seeks attorney's fees in the amount of $5,239.80 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). On August 27, 2021, this Court entered an Order reversing and remanding the case to the Commissioner for further administrative proceedings (Doc. 25). Thereafter, the Clerk entered judgment in favor of Plaintiff (Doc. 26). As the prevailing party, Plaintiff now requests an award of attorney's fees. *See* 28 U.S.C. § 2412(d)(1)(A); *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993), *superseded by rule on other grounds*, Fed. R. Civ. P. 58(c)(2)(B) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

    The Commissioner does not oppose the requested relief. After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury

will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel. For the reasons set out in Plaintiff's motion, therefore, it is hereby

ORDERED:

1. Plaintiff's Unopposed Petition for Award of Attorney Fees under the Equal Access to Justice Act (Doc. 27) is GRANTED.

2. Plaintiff is awarded fees in the amount of $5,239.80. Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees (Doc. 27-1).

DONE AND ORDERED in Tampa, Florida, on this 8th day of December, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record